

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 28, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 24-10256-SMR |
| § | | |
| SHEREE MONA STARKS § | | |
| § | | |
| DEBTOR § | | CHAPTER 13 |

| | | |
|---|---|---|
| MLO BRANDS, LLC § | | |
| § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | | ADV. PROC. 24-01028 |
| § | | |
| TRAVIS SETH KNIEP & § | | |
| KIMBERLY JOY KNIEP § | | |
| § | | |
| *Defendants* § | | |

**ORDER TO SHOW CAUSE**

Attorney William Paul Rossini, acting on behalf of MLO Brands, LLC, filed an adversary complaint (the "Complaint" at ECF No. 1) in the above captioned adversary proceeding. The Complaint lists parties that are not involved in the above Debtor's chapter 13 bankruptcy case. The Court, through its law clerks, has been unable to contact attorney William Paul Rossini by way of

multiple emails sent to the address listed on the Complaint and Mr. Rossini's CM/ECF account. For the foregoing reasons, the Court finds that it is appropriate to require attorney William Paul Rossini to show cause (1) why his filings should not be dismissed with prejudice, and (2) why he should not be sanctioned for the Court having to spend time on his improper filings.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that attorney William Paul Rossini shall appear at a hearing on **Thursday, July 25, 2024, at 9:30 a.m. (CT) live in Austin Courtroom 1, located at 903 San Jacinto Blvd., Austin, TX 78701**, and show cause (1) why his filings should not be dismissed with prejudice, and (2) why he should not be sanctioned for the Court having to spend time on his improper filings.

**IT IS FURTHER ORDERED** that if the erroneous Complaint (being the Complaint filed at ECF No. 1 in Case No. 24-01028) above is properly dismissed by counsel for MLO Brands, LLC pursuant to Federal Rule of Bankruptcy Procedure 7041, this show cause hearing shall be terminated by the Court.

# # #